James **PATTERSON**, Executor of the Estate of J. Liford, Deceased, Appellant,

v.

Lester **PURSIFULL** et al., Appellees.

Court of Appeals of Kentucky.

May 12, 1961.

Stone & Parrott, Pineville, for appellant.

Farmer Helton, James S. Wilson, Pineville, for appellees.

PER CURIAM.

This is a motion for appeal by James Patterson, Executor, from a judgment of the Bell Circuit Court awarding the appellee Bessie Pursifull $2,350 for services rendered deceased during the last five years of his life, and finding appellee Lester Pursifull to be indebted to the estate of deceased in the amount of $350.

A consideration of the record has failed to disclose any error prejudicial to appellant's substantial rights.

The motion for appeal is overruled, and the judgment is affirmed.